UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                Plaintiff,<br>v.<br>VASSILIOS TRIKANTZOPOULOS AND NAVIS VENTURES LLC,<br>                Defendants, | Civil Action No. 1:20-11156 (RGS) |

## ORDER APPROVING THE SECOND DISBURSEMENT OF FUNDS FROM DISTRIBUTION FUND

Having considered Plaintiff Securities and Exchange Commission's (the "Commission" or "SEC") Second Motion and Memorandum for an Order Approving Disbursement of Funds from Distribution Fund (the "Motion"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED; and

2. The Commission shall disburse $862.42 to Investor A and $34.50 to Investor B from the Net Available Distribution Fund in accordance with the Distribution Plan.

**IT IS SO ORDERED.**

Dated: _11-15_, 2023

_____
UNITED STATES DISTRICT JUDGE

1