UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:20-11156 (RGS) |
| VASSILIOS TRIKANTZOPOULOS AND NAVIS VENTURES LLC, | | |
| Defendants. | | |

**PLAINTIFF'S MOTION AND MEMORANDUM FOR AN ORDER APROVING THE FINAL ACCOUNTING, TERMINATING THE DISTRIBUTION FUND, AND DISCHARGING THE DISTRIBUTION AGENT**

Plaintiff Securities and Exchange Commission (the "SEC" or the "Commission") respectfully moves this Court for an Order with respect to funds under the Court's jurisdiction in this case: (1) approving the Final Accounting; (2) terminating the Distribution Fund (the "Fund"); and (3) discharging the Distribution Agent.

**MEMORANDUM**

The SEC respectfully submits this memorandum in support of its Motion for an Order Approving the Final Accounting, Terminating the Distribution Fund, and Discharging the Distribution Agent (the "Motion"). The Commission has compensated the Eligible Claimants in accordance with the Court's July 12, 2023 Order Approving Disbursement of Funds from Distribution Fund and the November 15, 2023 Order Approving the Second Disbursement of Funds from Distribution Fund (the "Disbursement Orders") and in accordance with the approved Plan of Distribution (the "Plan"). *See* Dkt. No. 40-1 & 42. This relief, if granted, will complete the distribution and close this case.

1

I. **Background**

On June 18, 2020, the SEC filed a Complaint against Vassilios Trikantzopoulos and Navis Ventures LLC, (collectively, the "Defendants"). The SEC alleged that, from at least April 2015 through June 2018, the Defendants violated federal securities laws by posing as the scion of a wealthy Greek shipping family and claiming to be a highly successful money manager in order to solicit investors for various real estate ventures, pledging hefty profits and offering "secured" promises that, if the ventures did not go forward, investors' funds would be returned in full. The Commission alleges that, in reality, Navis Ventures LLC had no substantial assets or operations, and Trikantzopoulos' representations were worthless. Some of the investors' funds were spent for business purposes with no apparent success while Trikantzopoulos spent tens of thousands of investors' funds for his own personal use. See Dkt. No. 1.

On October 15, 2021, after allowing the Commission's motion for summary judgment against the Defendants, the Court entered final judgment against Defendants finding Trikantzopoulos liable for disgorgement of $109,139, prejudgment interest of $17,841 and a civil penalty of $195,046 and finding Navis liable for a civil penalty of $250,000 for a total amount of $576,026. See Dkt. No. 33. On November 18, 2022, the Court appointed Heffler, Radetich & Saitta, LLP ("HRS") as Tax Administrator for the Fund. See Dkt. No. 38.

On March 22, 2023, the Court ordered any prejudgment interest be reclassified as disgorgement; appointed Jennifer Cardello, a Commission employee, as Distribution Agent of the Fund and approved the Plan in its entirety. See Dkt. No. 40.

II. **Distribution of the Fund**

In accordance with the Plan, the Distribution Agent provided formal notice of the Plan ("Plan Notice") to the two Preliminary Claimants, which included the Preliminary Claimant's

Recognized Loss, a copy of the Plan, and a Certification Form.  The Fund balance was $55,737.45.  In accordance with the Plan, the SEC distributed two tranches of payments to the Eligible Claimants, totaling $54,009.60.  Since the Recognized Loss of the Eligible Claimants was greater than the Net Available Distribution Fund, each Eligible Claimant's distribution amount was equal to their *Pro Rata* Share of the Net Available Distribution Fund.  The Court authorized the SEC to approve and arrange for the payment of the of all tax obligations owed by the Fund and fees and expenses of the Tax Administrator directly from the Fund on November 18, 2022.  *See* Dkt. No. 38.

### III.     **Final Accounting Report**

Distribution of the Fund is now complete.  The Eligible Claimants have been compensated in accordance with the Disbursement Orders and the Plan.  The Consolidated Final Accounting Report ("CFAR") attached hereto as Exhibit A has been prepared by the Commission and is being submitted to the Court for approval.  The CFAR includes a final accounting of all monies received, earned, spent, and distributed in connection with the administration of the Plan.

As reflected in the CFAR, the Distribution Fund consisted of a total of $55,737.45, comprised of the collected disgorgement and investment income.  *See* Exhibit A at p. 2.  The Distribution Agent successfully distributed $54,009.60 and oversaw the payment of $1,727.85 in taxes, fees, and expenses of the tax administrator.  There is $0.00 balance left in the Fund.  *See* Exhibit A at p. 6.

As the distribution is now complete, the SEC submits the final accounting as Exhibit A to the Court for approval and respectfully requests that this Court grant its motion and enter the proposed order approving the final accounting attached as Exhibit A, terminating the Distribution Fund, discharging the Distribution Agent, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Jennifer A. Cardello*
Jennifer Cardello (Mass. Bar No. 657253)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA  02110-1424
Telephone: 617-573-4577
Facsimile:   301-623-1188
Email:  Cardelloj@sec.gov

Dated:  October 2, 2024

## **CERTIFICATE OF SERVICE**

      I, Jennifer Cardello, hereby certify that, on October 2, 2024, I caused the foregoing document to be electronically filed with the clerk of the court for the U.S. District Court of District of Massachusetts, using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        */s/ Jennifer A. Cardello*
                                        Jennifer Cardello